**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Security Benefit Life Insurance Company,

Plaintiff,

v.

Jennifer L. Axon, et al.,

Defendants.

No. 2:24-cv-00466-MTL

**ORDER**

The Court, having considered the parties' Stipulated Motion Regarding Security Benefit Life Insurance Company Annuity (Doc. 16), and good cause appearing,

**IT IS ORDERED** granting the parties' Stipulated Motion (Doc. 16).

**IT IS FURTHER ORDERED** that Security Benefit Life Insurance Company shall continue to hold Security Benefit Life Insurance Contract No. 2020010593 (the "Annuity Contract") proceeds, and any interest due, until such time as Security Benefit Life Insurance Company is presented a final court order from Maricopa County Superior Court, Case No. PB2023-003963 dictating the disposition of the Annuity Contract proceeds. When the final order is issued, the Annuity Contract proceeds, together with any interest due, shall be paid in accord with the final order.

**IT IS FURTHER ORDERED** that Security Benefit Life Insurance Company and its agents are discharged from any and all further liability to any person or entity relating

to or arising from the Annuity Contract pursuant to Rule 22, Fed. R. Civ. P. and 28 U.S.C. §§ 1335 and 2361.

**IT IS FURTHER ORDERED** that Security Benefit Life Insurance Company is awarded its attorneys' fees and costs incurred to date from the Annuity Contract proceeds in the amount of $7,500. Security Benefit Life Insurance Company shall withdraw $7,500 from the Annuity Contract proceeds, without penalty. The remaining parties shall bear their own costs and attorneys' fees with respect to this action.

**IT IS FURTHER ORDERED** dismissing this action with prejudice. The Clerk of Court is directed to close this case.

Dated this 2nd day of August, 2024.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge